■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD MAYERS, Appellant. — Judgment of the Supreme Court, Kings County (Bonomo, J.), rendered December 7, 1981, affirmed.

Certain of the issues raised have not been preserved for appellate review and those which were preserved lack merit. Mollen, P. J., Mangano, O'Connor and Lawrence, JJ., concur.